# MEMORANDUM IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION

## FILED UNDER SEAL