



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Baoxun Zhu )
           Plaintiff )
v. )
THE INDIVIDUALS, CORPORATIONS, LI )
           Defendant )

**Case Number**: 1:24-cv-04104

**Judge:** Judge Jeffery I Cummings

**Magistrate Judge:**

I am responding the the suit as one of the individuals on schedule A. My name on the schedule A is listed as LVBOUTIQUE702. The complaint states that this lawsuit is against foreign defendants and for those who sold the item in question in Illinois. I am not a foreign defendant and have no record of selling the item in question in Illinois.

Paragraph 6 of the complaints states:

This Court also has personal jurisdiction over Defendants under Fed. R. Civ. P. 4(k)(2) because they are foreign Defendants that can be sued anywhere in the United State, are not subject to jurisdiction to any state's courts of general jurisdiction, and exercising jurisdiction is consistent with the Trademark laws and the United States Constitution.

Paragraph 22 of the complaints states:

THE DEFENDANTS

22. Defendants are individuals and business entities who, upon information and belief, reside in the People's Republic of China or other foreign jurisdictions.

I am not a foreign defendant. I am US citizen and reside in the USA. Born in the USA.

Wariya Landa
LVBOUTIQUE702
702-480-1533

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]