[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
6/29/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
KG
BC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Baoxun Zhu | Case Number: 1:24-cv-04104 |
| Plaintiff | |
| v. | Judge: Judge Jefferey I Cummings |
| The Individuals, Corporations, Limited Liabil | Magistrate Judge: |
| Defendant | |

Response to complaint filed by Baoxun Zhu

My name referenced on schedule A is LVBOUTIQUE702.  In reference to my previous response in regards to jurisdiction and being that I am not a foreign defendant and have not sold the item in question in Illinois or have a record of selling the item associated with the item number referenced to me in the schedule A. anywhere else. I have attached the Memorandum Opinion and Order in the case of Roblux Corporation V. Bigfinz signed by Honorable Thomas M Durkin.  This order is the same situation in regards to jurisdiction and is also a schedule A lawsuit.  The motion was granted in this case and the claims against the defendant was dismissed.

In regards to MEMORANDUM IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION page 6: Further, Defendants operate under such aliases as "KiWiLePi" (See Y. Di Decl., Ex. 3 at 19) or "LVBOUTIQUE702" (See Y. Di Decl., Ex. 3 at 178) to conceal their identities, which circumvents policing efforts and allows for spawning new counterfeit offerings under new aliases quickly.

I am not concelaing my identity.  It is called a username.  That is something created by a user on most websites in case the plaintiff and/or his atttorneys are unaware.  There is no need to "spawn" new items when the item doesn't sell nor is there a need to created new "aliases".

Wariya Landa

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]