# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BAOXUN,<br><br>      *Plaintiff*,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON "SCHEDULE A",<br><br>      *Defendants*. | No. 1:24 cv 4104 (JIC) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendant NAUGHTY HEN ("Defendant") respectfully requests that the Court extend Defendant's time to answer, move, or otherwise respond to Plaintiff's Complaint by fourteen (14) days. Counsel for Plaintiff do not oppose this request. Defendant's Answer is currently due July 8, 2024. Defendant requests that this time be extended to July 22, 2024.

Good cause for this extension exists as counsel for Defendant was just retained and the Parties are discussing the possibility of settlement. This is Defendant's first request for an extension. This proposed extension would not result in the continuance of any hearing, conference, or trial.

| | |
|---|---|
| Dated: July 8, 2024 | /s/ *Casey A. Hewitt*<br>Casey A. Hewitt, NH Bar No. 273603<br>casey@hewittpllc.com<br>Hewitt Law PLLC<br>41 Cottage St., Ste 2<br>Littleton, NH 03561<br>(603) 991-1876 |

1